**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 98-cr-00391-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    BOZ DAVIS,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

       This will confirm that a supervised release violation hearing regarding Defendant Davis is set **Thursday, March 4, 2010 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.

DATED: February 1, 2010
_____