**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 98-cr-00391-LTB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

BOZ DAVIS,

        Defendant.

---

**ORDER RELEASING DEFENDANT FROM RESIDENTIAL REENTRY CENTER**

---

        THIS MATTER was set for a status hearing on June 25, 2010.  The Court, hereby

        ORDERS that the defendant be released immediately from further residency at the Independence House Residential Reentry Center.

        DATED at Denver, Colorado, this ___25th___ day of June, 2010.

        BY THE COURT:


        ___s/Lewis T. Babcock_____
        Lewis T. Babcock
        Senior United States District Judge